# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs.  § | NO:  AU:25-CR-00324(1)-ADA |
| § | |
| (1) AZUCENA MARTINEZ-MONTOYA  § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed June 24, 2025, wherein the defendant (1) AZUCENA MARTINEZ-MONTOYA waived appearance before this Court and appeared before United States Magistrate Judge Dustin M. Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) AZUCENA MARTINEZ-MONTOYA to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) AZUCENA MARTINEZ-MONTOYA's plea of guilty to Count One (1) is accepted.

Signed this 11th day of July, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE